In the Matter of BUFFALO CREEK RAILROAD COMPANY, Respondent, against CITY OF BUFFALO, Appellant.

Argued May 23, 1950; decided June 2, 1950.

*Fred C. Maloney, Corporation Counsel* (*Abraham I. Okun* of counsel), for appellant.

*William G. Conable* for respondent. .

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.